UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES CURTIS KERN, BX3065,

Plaintiff,

v.

DR. D. GOLLER, et al.,

Defendant(s).

Case No. 24-cv-07094-CRB  (PR)

**JUDGMENT**

For the reasons set forth in the accompanying order granting defendants' motion for summary judgment and denying plaintiff's cross-motion for summary judgment, judgment is entered in favor of the moving defendant doctors, Jenny Hwang, James Marcelo, Michelle Keeter, Andrew Turner and Karla Gomez Pimentel, and against plaintiff.

Defendant Dr. D. Goller is dismissed without prejudice.

All parties shall bear their own costs.

The clerk is directed to close the case and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: March 25, 2026

CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California